UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**JOSE SANTOS GOMEZ-SIMEON,**

   *Petitioner*,

v.                                               Case No.  SA-25-CV-01460-JKP

**PAMELA BONDI, ATTORNEY GENERAL OF THE UNITED STATES; REYNALDO CASTRO, WARDEN, SOUTH TEXAS ICE PROCESSING CENTER; SYLVESTER ORTEGA, FIELD OFFICE DIRECTOR, ICE; TODD LYONS, ACTING DIRECTOR OF ICE; AND KRISTI NOEM, SECRETARY, DEPARTMENT OF HOMELAND SECURITY,**

   *Respondents*.

**O R D E R**

      Before the Court is Petitioner Jose Santos Gomez-Simeon's Petition for a Writ of Habeas Corpus and Complaint for Preliminary Injunctive Relief. *ECF No. 1*. Gomez-Simeon asserts violation of the United States Constitution and the Immigration and Nationality Act ("INA"), 8 U.S.C. § 1101 et. seq., as amended by the Illegal Immigration Reform and Immigrant Responsibility Act of 1996 ("IIRIRA"), Pub. L. No. 104-208, 110 Stat. 1570. This Court has jurisdiction under 28 U.S.C. 2241, art. I, § 9, cl. 2 of the United States Constitution ("Suspension Clause") and 28 U.S.C. § 1331, because Gomez-Simeon is presently in custody under authority of the United States. *Id*. Gomez-Simeon moved for issuance of an order to show cause pursuant to 28

U.S.C. § 2243, asserting he is being detained without a viable removal plan and without indication whether he could be removed immediately. *Id*.

Upon consideration, the Court **DENIES** Gomez-Simeon's Motion for Issuance of a Show Cause Order, **GRANTS** immediate stay of any possible or anticipated removal, and **ORDERS** Respondents file a Response/Answer to Gomez-Simeon's Petition **no later than Friday, November 21, 2025, at 3 p.m.**

Gomez-Simeon is a citizen of Honduras and entered the United States in 2005 with a visa, but overstayed his permission. *ECF No. 1*. After a traffic stop, Gomez-Simeon was detained and removed to Honduras. Gomez-Simeon re-entered the United States. On November 26, 2012, an Immigration Judge granted Gomez-Simeon withholding of removal under the Convention Against Torture (CAT) based on a well-founded fear of persecution and torture in Honduras. Without proof otherwise, this CAT grant remains final and binding. Based upon this CAT grant, ICE released Gomez-Simeon under an Order of Supervision. Since his release, Gomez-Simeon resided in the United States for approximately twelve years without interruption. Under this Order of Supervision, Gomez-Simeon appeared at the required routine ICE check-ins, maintained a stable residence, and held employment with a valid Employment Authorization Document and a valid Social Security number. Gomez-Simeon owns a construction company. Despite this compliance, ICE detained Gomez-Simeon at a routine check-in at the ICE facility in San Antonio on October 22, 2025. *Id*.

In his Petition, Gomez-Simeon asserts ICE failed to provide a removal plan or explanation for his detention; he was never provided with an opportunity to present any evidence; he was never informed that his Order of Supervision (OSUP) had been revoked, and; he was not afford-

ed an interview, advised of any reason for a presumed revocation, nor provided any explanation for a presumed decision of revocation. *ECF No. 1*.

Because Gomez-Simeon has not received any removal plan, **IT IS ORDERED** that any possible or anticipated removal is **IMMEDIATELY STAYED** until further order from this Court. Respondents shall not transfer Gomez-Simeon outside of this judicial district during the pendency of this litigation.

**IT IS FURTHER ORDERED** Respondents shall respond to Gomez-Simeon's Petition and Complaint for Preliminary Injunction (*ECF No. 1*), **no later than Friday, November 21, 2025, AT 3:00 P.M.** Respondents must caption the Answer/Response appropriately and not as a Motion to Dismiss, Motion for Summary Judgment, or other such motion seeking judgment as a matter of law. Gomez-Simeon shall file a Reply **no later than Friday, November 28, 2025.**

**IT IS FURTHER ORDERED** the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition (*ECF No. 1*) and this Order by CM/ECF and by certified mail, return-receipt requested, which shall constitute sufficient service of process on Respondent Kristi Noem, Secretary of the Department of Homeland Security and all Respondents.

It is so ORDERED.
SIGNED this 12th day of November, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE